Return to:
Christina M. Poulicakos
Michael A. Guglielmo
132 Park Street
Northfield, NH 03276

Doc# 668400
Book: 2958
Pages: 1898 — 1899
Filed & Recorded
01/16/2007  2:17PM
KATHI L. GUAY, CPO, REGISTER

MERRIMACK COUNTY REGISTRY OF DEEDS
RECORDING          $    14.00
SURCHARGE          $     2.00
POSTAGE            $     0.39
TRANSFER TAX       $ 4,500.00

Book 2958   Page 1898

## Warranty Deed

4500.00

We, **Daniel J. Toland and Virginia C. Toland**, husband and wife, of 70 Corriveau Road RFD #4, Town of Hookset, County of Merrimack and State of New Hampshire for consideration paid, grant unto **Christina M. Poulicakos**, single and **Michael A. Guglielmo**, single of 83 Bean Hill Road, Town of Belmont, County of Belknap, State of New Hampshire, individually with **WARRANTY COVENANTS** title to,

A certain tract of land, with the buildings thereon, situated in Northfield, County of Merrimack, and State of New Hampshire, bounded and described as follows, to wit:

Beginning at a stone bound at the northwest corner of the land herein conveyed; thence running South 6° West along the easterly side of Park Street two hundred eighteen (218) feet to an iron pin; thence South 84° 40' East two hundred ninety (290) feet to an iron pin; thence North 6° East two hundred eighteen feet (218) to an iron pin; thence North 84° 40' West two hundred ninety (290) feet to the point of beginning. Being shown as Lot No. 1 on plan of land of Arthur H. Erholm and Lydia E. Erholm.

We, Daniel J. Toland and Virginia C. Toland do hereby release any and all rights of homestead in the above referenced property.

Meaning and intending to convey the same premises conveyed to Daniel J. Toland and Virginia C. Toland by Northern Ag, Inc. on November 20, 1985 in Book 1538, Page 1178, in the Merrimack County Registry of Deeds.



STATE OF NEW HAMPSHIRE
DEPARTMENT OF REVENUE ADMINISTRATION
REAL ESTATE TRANSFER TAX
4 THOUSAND  5 HUNDRED AND 00 DOLLARS
01/16/2007   799738   $ 4,500
VOID IF ALTERED

1

Book 2958    Page 1899

Executed this 12TH day of JANUARY, 2007.

_____        _____ 1/12/2007
Witness                          Daniel J. Toland

_____        _____ 1/12/2007
Witness                          Virginia C. Toland

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

On this 12TH day of JANUARY, 2007 before me, the undersigned, personally appeared the above-named Daniel J. and Virginia C. Toland, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that they have executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand.

_____
Notary Public
My Commission Expires: 5-3-11

JONATHAN P. WILKINSON
★ NOTARY PUBLIC   NEW HAMPSHIRE ★
My Commission Expires May 3, 2011

MERRIMACK COUNTY RECORDS

_____, CPO, Register

2