```
Doc#: 201300015216
Book: 3397 Pages:1456 - 1457
07/11/2013    8:34AM
```

MCRD Book 3397 Page 1456

Return to:

Michael A Guglielmo
83 Bean Hill Rd
Belmont NH 03220



NH DRA DP-4-L
C/H
L-CHIP
G-05078

STATE OF NEW HAMPSHIRE
DEPARTMENT OF REVENUE ADMINISTRATION
REAL ESTATE TRANSFER TAX
1 THOUSAND 0 HUNDRED AND 93 DOLLARS
MO. DAY YR.    AMOUNT
07/11/2013   890436  $ 1,093
VOID IF ALTERED

14.46
2w
25¢

1093.00      QUITCLAIM DEED

We, Christina M. Poulicakos, a single person, of 140 Rumford Street, Concord, NH 03301 and Michael A. Guglielmo, a single person, of 83 Bean Hill Road, Belmont, NH 03220 for consideration paid grant Christina M. Poulicakos, a single person, of 140 Rumford Street, Concord, NH 03301 and Michael A. Guglielmo, a single person, of 83 Bean Hill Road, Belmont, NH 03220, and Anna J. Hantschar, a single person, of 30 Fire Road, #12, Lunenburg, MA 01462, all as tenants in common, each having an undivided one-third (1/3) interest, with QUITCLAIM covenants;

A certain tract of land, with the buildings thereon, situated in the Town of Northfield, County of Merrimack and State of New Hampshire, bounded and described as follows, to wit:

Beginning at a stone bound at the northwest corner of the land herein conveyed: thence running South 6° West along the easterly side of Park Street two hundred eighteen (218) feet to an iron pin; thence South 84° 40' East two hundred ninety (290) feet to an iron pin; thence North 6° East two hundred eighteen feet (218) to an iron pin; thence North 84° 40' West two hundred ninety (290) feet to the point of beginning. Being shown as Lot No. 1 on the plan of land of Arthur H. Erholm and Lydia E. Erholm.

Meaning and intending to describe and convey the same premises conveyed to Christina M. Poulicakos and Michael A. Guglielmo by Warranty Deed from Daniel J. Toland and Virginia C. Toland, dated January 12, 2007 and recorded in Book 2958, Page 1898 of the Merrimack County Registry of Deeds.

The within property is not the homestead property of the within Grantors.

132 Park Street, Northfield, NH 03276

LT1-2-201300015216-1         LT2-3397-1456-2

*The within document was prepared without benefit of a title examination. No warranties are implied or represented.*

MCRD Book 3397 Page 1457

- 2 -

Executed this \_\_\_9\_\_ day of July, 2013

*Christina M. Poulicakos*
Christina M. Poulicakos

*Michael A. Guglielmo*
Michael A. Guglielmo

**STATE OF NEW HAMPSHIRE**
County of Hillsborough SS

Then personally appeared before me on this \_\_\_9\_\_ day of July, 2013 the said Christina M. Poulicakos and Michael A. Guglielmo and acknowledged the foregoing to be their voluntary act and deed.

Notary Public/~~Justice of the Peace~~
My commission expires:

[Notary Seal: SUSAN CONTOS, STATE OF NEW HAMPSHIRE, MY COMMISSION EXPIRES DECEMBER 3, 2013, NOTARY PUBLIC]

MERRIMACK COUNTY RECORDS
*Kathi L. Guay*, CPO, Register

*The within document was prepared without benefit of a title examination. No warranties are implied or represented.*